UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GAMAL ALI HILTON,<br><br>Plaintiff,<br><br>v.<br><br>DONALD L. KNAPP, *et al.*,<br><br>Defendants. | Case No. 26-cv-12729<br>Honorable Mark A. Goldsmith<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER GRANTING PLAINTIFF'S MOTION FOR MORE TIME TO RESPOND (ECF NO. 13)**

Plaintiff Gamal Ali Hilton, a pro se prisoner of the Michigan Department of Corrections (MDOC), brings this action under 42 U.S.C. § 1983, against Defendants Donald L. Knapp, Jr., and Cori E. Barkman. ECF No. 1. The Honorable Mark A. Goldsmith referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 9.

Defendants moved to dismiss the action in August 2026 and served their motions on Hilton by postal mail. ECF No. 6, PageID.70; ECF No. 8, PageID.85. The Court ordered Hilton to respond to the motions by

September 23, 2026. ECF No. 11. Hilton moves for more time to respond because he has not received copies of defendants' motions. ECF No. 13.

Since Hilton's motion was made before the response deadline, the good cause standard applies. *See* Fed. R. Civ. P. 6(b)(1)(A) (court may grant an extension for good cause if the request is made before the original deadline). Hilton has shown good cause given that he has not received defendants' motions, and the Court **GRANTS** his motion for an extension. By **September 24, 2026**, defendants must file notice confirming that they have resent copies of their motions to Hilton's postal address. Hilton must respond to defendants' motions by **October 22, 2026**.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: September 17, 2026

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling**

**remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 17, 2026.

s/Caitlin Shrum
CAITLIN SHRUM
Case Manager